IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERYL BERMAN,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, and BLUE CROSS AND BLUE SHIELD OF NEBRASKA,<br><br>                Defendants. | **8:15CV84**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on Plaintiff Cheryl Berman and Defendant Blue Cross and Blue Shield of Nebraska's Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Filing No. 18).[1] The Court concludes the stipulation of dismissal complies with Rule 41(a) and should be approved. The above-captioned action will be dismissed with prejudice, an each party will bear their own attorney fees and costs.

IT IS ORDERED:

1. The parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 18) is approved.
2. The above-captioned action is dismissed with prejudice.
3. The Court will not assess any fees or costs.

Dated this 6th day of September, 2016.

BY THE COURT:

*s/ Robert F. Rossiter, Jr.*
United States District Judge

---

[1] The parties aver that Defendant United States Office of Personnel Management ("OPM") has not been served with a summons and complaint and has not appeared in this action. Accordingly, OPM need not sign the stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).